Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

FEB 15 2022 PM 12:52
FILED-USDC-CT-NEW HAVEN

for the

_____ District of Connecticut

_____ Division

|  |  |  |
|---|---|---|
| Jeffrey Andrews | ) | Case No.  3:22cv267 (MPS) |
|  | ) |  |
| _____ | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |  |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)*  ☑ Yes   ☐ No |
| *please write "see attached" in the space and attach an additional* | ) |  |
| *page with the full list of names.)* | ) |  |
| -v- | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Janet C. Hall | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued. If the* | ) |  |
| *names of all the defendants cannot fit in the space above, please* | ) |  |
| *write "see attached" in the space and attach an additional page* |  |  |
| *with the full list of names. Do not include addresses here.)* |  |  |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jeffrey Andrews |
| Address | 210 Northford Rd |
| | Wallingford          CT          06492 |
| | *City*          *State*          *Zip Code* |
| County | New Haven |
| Telephone Number | 203-804-0489 |
| E-Mail Address | lecandrews@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Janet C. Hall |
| Job or Title *(if known)* | USD Federal Judge |
| Address | Richard c. Lee US Courthouse United States District Court, 141 Ch |
| | New Haven          CT          06510 |
| | *City*          *State*          *Zip Code* |
| County | New Haven |
| Telephone Number | 203-773-2428 |
| E-Mail Address *(if known)* | |

☐ Individual capacity          ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City*          *State*          *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity          ☐ Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

|  | City | State | Zip Code |
|---|---|---|---|

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

|  | City | State | Zip Code |
|---|---|---|---|

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

   ☑ Federal officials (a *Bivens* claim)

   ☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Violation of Plaintiff's United States Constitution 5th Amendment rights

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
On December 29, 2020, Defendant Judge Janet C. Hall , acting under the Clean Water Act, violated Plaintiff's enumerated rights to Plaintiff's 15 acres of Private Property, which are protected by the 5th Amendment to the United States Constitution.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
On December 29, 2020, Plantiff and Defendant, Judge Janet C. Hall had a telephone conference in the law office of Rachel Baird, Rocky Hill, Connecticut.

B.  What date and approximate time did the events giving rise to your claim(s) occur?
On December 29, 2020 at approximately 11:00 AM .

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
On December 29,2020 Defendant Judge Janet C. Hall issued a Preliminary Injunction on 15 acres of Plaintiff's Private Property. Judge Janet C. Hall cited the Clean Water Act which is a direct violation of Section 1983 42 USC, which has resulted in a direct violation of Plaintiff's enumerated rights which are protected under the 5th Amenendment of The United States Constitution.
Other parties involved are the Army Corps of Engineers (ACOE, Environmental Protection agency (EPA), the Department of Justice (DOJ), and Attorney Rachel Baird.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No sustained physical injuries at this time.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff requests an immediate dismissal of any and all charges without prejudice. Plaintiff request Punitive damages of ten million dollars and compensatory damages of six hundred thousand dolaars.  The enumerated 5th amendment right, which is a cornerstone of the United Staes Constitution, should be protected at all costs. Defendant Federal Judge Janet C. Hall knowinly and willfully violated Plaintiff's 5th Amendment rights. Defendant Judge Janet C. Hall ruling is especially harmful, egregious, and blatenly disregards the 5th Amendment ot the United States Constitution. The willful, harmful, egregious and disregarding ruling of Defendant Judge Janet C. Hall demands a severe punitive response.
Compensatory damages result in the loss of incomebased on the plan to construct ten greenhouses.  The inabililty to construct and use ten greenhouses on the privte 15 acres has been a loss of income of approximately six hundred thousand dollars. This loss of income is a direct result of Defendant Janet C. Hall ruling for a preliminary injunction on Plaintiff's15 acres of private property violating the Plaintiff's enumerated 5th Amendment Rights.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   2-14-22

Signature of Plaintiff

Printed Name of Plaintiff   Jeffrey Andrews

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address