1  Your name: Jeffrey Andrews

2  Address: 210 Northford Rd, Wallingford, CT  06492

3

4  Phone Number: 203-804-0489

5  E-mail Address:  lecandrews@yahoo.com

6  Pro se

7

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF CONNECTICUT

10  Case Number: 3:22-CU-00267-MPS

11  **RESPONSE TO ORDER TO SHOW CAUSE**

   Hon._____

12  Jeffrey Andrews_____)

13     Plaintiff _____)

14     vs.                    )

15. Janet C. Hall_____)

16    Defendant_____)

17

18
21   *[Show good cause for missing the deadline, or not following the Court's orders or rules, by*
22   *explaining each of the reasons why you did not comply. Include any other information the Court*
     *asked you to provide. Use more pages as needed.]*

23  In Pearson et al  V Callahan, October term 2008, Supreme Court of the United States,

24  a) Saucier mandated, se 533 U.S. at 194, a two step sequence for resolving government officials

25 qualified immunity claims. A court must decide (1) whether the facts alleged or shown by the Plaintiff
26 make out a violation of a Constitutional right, and (2) if so, whether that right was "clearly established"
27 at the time of the defendants alleged misconduct, id., at 201. Qualified immunity applies unless the
28 official's conduct violated such a right. Anderson V Creighton, 483 U.S. 635,640 Pp5-7

---

RESPONSE TO ORDER TO SHOW CAUSE
CASE NO.: ___3:22-CU-00267-MPS_____; PAGE _2_ OF _2_ *[JDC TEMPLATE – rev. 2017]*

1 Plaintiff will include a Copy of the Motion To Dismiss, Case Number 3:20-CU-1300(JCH).

2 Based on the Merits of the Motion to Dismiss, this case is clearly not frivolous.

3   For clarity, this case states, Defendant Janet C. Hall, acting under the Color of the Clean Water Act,

4 violated Plaintiff's 5th Amendment enumerated rights, which states "Nor shall private property be

5 taken for public use without just compensation"

*[You must sign and date.]* Respectfully Submitted,

25

26
Date: Sign Name:      *Jeffry Andrews* (signature)
3-4-22
27

                    Print Name: Jeffrey Andrews
28

]

1

**CERTIFICATE OF SERVICE**

*You must serve each document ~~you file by sending or delivering~~ to the opposing side. Complete this form, and include it with the Motion to Change Date of CMC that you file and serve.*

2

3

1. **Case name:** __Andrews_____ v. _____Hall_____

2. **Case number:** 3:22-CU-00280-MPS

3. **Documents served:** Response to Order to Show Cause

4. **How was the Motion served?** *[check one]*

7

    Placed in U.S. Mail

8

    Hand-delivered

9

    Sent for delivery (e.g., FedEx, UPS)

10

    Sent by fax (if the other party has agreed to accept service by fax)

5. **On whom was the Motion served?** *[For each person who was sent the document, write*

11

    *their full name and contact information used.]*

12

_____   __ 16

__ 13

_____

_____

__ 14

_____

_____

__ 15

_____

17

6. **When was the Motion served?** _____

18

7. **Who served the Motion?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

19

    I declare under penalty of perjury under the laws of the United States that the foregoing

20

is true and correct.

21
   Signature: _____ 22
   Name: Jeffrey Andrews _____ 23
   Address: 210 Monfort Rd
24
   Wallingford Ct 06492
25

26

27

28

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*