UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America<br>    Plaintiff<br>vs.<br>Jeffrey Andrews, et al<br>    Defendants | Case No. 3:20cv1300(JCH)<br><br>Date: November 14, 2021 |

## MOTION TO DISMISS ON CONSTITUTIONAL GROUNDS

On December 29, 2020, Judge Janet Hall issued a Preliminary Injunction on 15 acres of the Andrews' 65 acre farm. This uncompensated takings has deprived Andrews Farm of improving the private farm property which has limited our financially backed expectations.  We the people, Jeffrey Andrews, Lynn Andrews, Wesley Andrews, Colton Andrews, and Ellery Andrews respectfully asks the Court to dismiss any and all charges against Jeffrey Andrews,  et al, for the uncompensated takings of the defendants fifteen acres of farmland, which is in direct violation of the Fifth Amendment, Fourteenth Amendment, Tenth Amendment, Ninth Amendment and Article 6 Section 2  of the United States Constitution

1. The takings clause of the Fifth Amendment of the United States Constitution applicable to the States through the 14th Amendment provides "Nor shall private property be taken for public use, without just compensation.
2. The 14th Amendment states "nor shall any state deprive any person of life, liberty, or property"
3. The 10th Amendment states, "The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people."
4. The 9th Amendment states, "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"
5. Article 6 states, " And the judges in every state shall be bound thereby"

    On December 20, 2020, Judge Janet Hall, issued a Preliminary Injunction on 15 acres of 65 acres on Andrews Farm. This Preliminary Injunction is a direct violation of defendants' Constitutional Rights and of Supreme Court precedent dating back to March 27, 1876, Kohl et al V United States, to the most recent case of Cedar Point Nursery et al V Hassid et al on June 23, 2021.

A. In the Kohl case the Supreme Court opined the government can acquire private property for government infrastructure but the private property must be compensated

B. In Cedar Point Nursery the Supreme Court opined "that allowing union reps onto agricultural property is a per se taking under the 5th Amendment."

We will now reference the syllabus Cedar Point Nursery et al V Hassid et al Supreme Court Case, which is the most complete opinion by the Supreme Court Justices on the 5th Amendment and takings  See Page 2, Paragraph 1, paragraph 2, Paragraph 3

We will now reference the Opinion in Cedar Point Nursery et al V Hassid et al  See Page 1-20

Kavanaugh J,  concurring  Supreme Court opinion pages 1-2

Two more Supreme Court cases which set precedent :

1. Lucas V South Carolina Coastal Council -Supreme Court opinion- "Total Takings" remanded and South Carolina paid Lucas $850,000 in compensation for the takings of the two lots

2. Koontz V St. Johns River Management-  5 story commercial building in wetlands -Supreme Court opinion- In wetlands and "unconstitutional condition" " forbids governments from pressuring someone into forfeiting a constitutional right"

Darder V LaForche Realty Co. -United  States Court of Appeals for the 5th Circuit- Pages 1-7   navigable canals are in fact private property subject to the Right to Exclude

For the forgoing reasons, the 5th Amendment grants Jeffrey Andrews et al the liberties to improve private farm land,build houses, commercial buildings, navigable canals in wetlands. These liberties are bolstered by

the 14th Amendment which states "nor shall any state deprive any person of life, liberty, or property, and the 9th Amendment – "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people". In this case we have guaranteed liberties to FARM on our private farm property. For the forgoing reasons we respectfully ask this case to be fully dismissed based on Supreme Court precedent and United States Constitution granting these liberties. These liberties are guaranteed by you, Judge Hall, under Article 6 Section 2 of the United States Constitution.

Jeffrey Andrews

210 Northford Rd.
Wallingford, CT 06492
203-804-0489

## Certificate of Service

I hereby certify that a copy of the foregoing pleading/document was mailed to :

Redding C. Cates
Benjamin J. Grillot
Environment and Natural Resource Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044


Anne Thidemann
Assistant United States District Attorney
District of Connecticut
1000 Lafayette Blvd, 10th Floor
Bridgeport, CT 06604


Date:  November 15, 2021